IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JESSICA BLINKHORN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | FILE No. 1:20-cv-04663-WMR |
| CHAMBLEE DUNWOODY ) | |
| ASSOCIATES, L.P., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that Plaintiff and Defendant have reached a settlement in principle as to all claims in this case. Plaintiff respectfully requests that this Court allow sixty (60) days within which to complete the settlement and to submit appropriate dismissal documents, during which time Plaintiff requests that the Court retain jurisdiction over this matter until fully resolved. Should either party not move to reinstate the case or seek other Court intervention in the next sixty (60) days, Plaintiff requests the Court dismiss this case with prejudice at that time.

Dated: May 5, 2021.

Respectfully submitted,

/s/Craig J. Ehrlich

1

>Craig J. Ehrlich
>Georgia Bar No. 242240
>The Law Office of Craig J. Ehrlich, LLC
>1123 Zonolite Road, N.E., Suite 7-B
>Atlanta, Georgia 30306
>Tel: (404) 365-4460
>Fax: (855) 415-2480
>craig@ehrlichlawoffice.com

## **CERTIFICATE OF SERVICE**

I certify that on May 5, 2021, I filed the within and foregoing Notice of Settlement using the CM/ECF System for the federal District Court for the Northern District of Georgia, resulting in a true and correct copy of the same to be served via electronic mail upon the following Counsel of Record:

William D. Harrison, Esq.
Andrew M. Capobianco, Esq.
Mozley, Finlayson, Loggins, LLP
1050 Crown Point Parkway, Suite 1500
Atlanta, Georgia 30338
bharrison@mfllaw.com
acapobianco@mfllaw.com

>/s/Craig J. Ehrlich
>Craig J. Ehrlich

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1**

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman

2

and a point size of 14.

/s/Craig J. Ehrlich
Craig J. Ehrlich